NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DARYON ROBINSON,

        Plaintiff - Appellee,

v.

DR. NAUGHTON, Medical Provider,

        Defendant - Appellant.

No. 23-1545

D.C. No.
3:21-cv-00210-MMD-CSD

MEMORANDUM*

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, District Judge, Presiding

Argued and Submitted March 6, 2025
Las Vegas, Nevada

Before: RAWLINSON, MILLER, and DESAI, Circuit Judges.

Dr. Martin Naughton appeals the district court's denial of his summary

judgment motion on qualified immunity. Dr. Naughton filed a notice of appeal

35 days after the district court entered its order on the docket. In a concurrently filed

opinion, we hold that 28 U.S.C. § 2107(a) requires defendants to file a notice of

appeal within 30 days after entry of an order denying qualified immunity. *McNeil v.*

---

       *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

*Gittere*, No. 23-3080, slip op. at 3 (9th Cir. Sep. 2, 2025). Because Dr. Naughton filed his appeal more than 30 days after the district court entered its order denying summary judgment on qualified immunity, it is untimely. We thus dismiss the appeal for lack of jurisdiction.

The appeal is **DISMISSED.**

23-1545